UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT TROY HAMMOCK; DAWN HAMMOCK; and BRITTAIN HAMMOCK, a Minor, by and through REGINA LYNN WALTERMIRE, her Guardian Ad Litem,

        Plaintiffs,

    v.

AMTRAK; NATIONAL RAILROAD PASSENGER CORPORATION; NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, and DOES 1 to 100,

        Defendants.
_____/

NO. CIV. S-10-2808 LKK/JFM

O R D E R

A status conference was held in chambers on January 18, 2011. After hearing, the court orders as follows:

1. A further status conference is set for April 4, 2011 at 1:30 p.m.

IT IS SO ORDERED.

DATED: January 21, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1