UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT TROY HAMMOCK; DAWN HAMMOCK; and BRITTAIN HAMMOCK, a Minor, by and through REGINA LYNN WALTERMIRE, her Guardian Ad Litem,

    Plaintiffs,

    v.

AMTRAK; NATIONAL RAILROAD PASSENGER CORPORATION; NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, and DOES 1 to 100,

    Defendants.

                              /

NO. CIV. S-10-2808 LKK/JFM

O R D E R

Pursuant to the March 14, 2011 hearing on the motion of plaintiffs' counsel to withdraw, the court orders as follows:

    1.   Habbas, Nasseri & Associates' request to withdraw is GRANTED. The docket shall reflect that Edward W. Heffner, Jr. is relieved as counsel for all plaintiffs.

    2.   Counsel is ORDERED to release all client papers and

1

1 property to clients within fourteen (14) days of the
2 date of this order, including correspondences,
3 pleadings, deposition transcripts, exhibits, physical
4 evidence, expert reports, and other items reasonably
5 necessary to the clients' representation, whether the
6 clients have paid for them or not, in accordance with
7 Rule 3-700(D) of the California Rules of Professional
8 Conduct.
9 3. Counsel is ORDERED to serve a copy of this order on
10 plaintiffs.
11 4. Plaintiffs are GRANTED one hundred and twenty (120) days
12 to find replacement counsel and notify the court of the
13 name of their new counsel or if they elect to proceed
14 pro se. See L.R. 183.
15 IT IS SO ORDERED.
16 DATED: March 15, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT