UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT TROY HAMMOCK; DAWN HAMMOCK; and BRITTAIN HAMMOCK, a Minor, by and through REGINA LYNN WALTERMIRE, her Guardian Ad Litem,

        Plaintiffs,

    v.

AMTRAK; NATIONAL RAILROAD PASSENGER CORPORATION; NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, and DOES 1 to 100,

        Defendants.
_____/

NO. CIV. S-10-2808 LKK/JFM

O R D E R

    A status conference in the above-reference matter is currently set for July 25, 2011 at 2:00 p.m. On March 14, 2011, this court issued an order relieving Edward W. Heffner, Jr. as counsel for all plaintiffs. The court ordered Mr. Heffner to serve a copy of the order on plaintiffs, and granted plaintiffs one hundred twenty (120) days to find replacement counsel and notify the court of the

1

1  name of their new counsel or that they elected to proceed pro se.
2  The time for notifying the court has expired. Plaintiffs did not
3  notify the court or the name of any new counsel and did not file
4  a status report.
5      Accordingly, the court ORDERS as follows:
6          [1] The status conference currently set for July 25,
7          2011 is CONTINUED to September 12, 2011 at 3:30 p.m.
8          [2] Plaintiffs are ORDERED to file a statement with the
9          court stating whether they have obtained new counsel or
10         whether they will be proceeding without counsel.
11         [3] Plaintiffs SHALL file a status report fourteen days
12         prior to the status conference in accordance with the
13         Order Setting Status (Pretrial Scheduling Conference)
14         issued by this court on October 18, 2010, ECF No. 5.
15         [4] Plaintiffs are warned that failure to file a status
16         report, and/or failure to appear at the status
17         conference MAY result in dismissal of the action for
18         lack of prosecution.
19     IT IS SO ORDERED.
20     DATED: July 22, 2011.

                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT