1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10  VINCENT TROY HAMMOCK; DAWN
    HAMMOCK; and BRITTAIN
11  HAMMOCK, a Minor, by and
    through REGINA LYNN
12  WALTERMIRE, her Guardian
    Ad Litem,
13
                                    NO. CIV. S-10-2808 LKK/JFM
14          Plaintiffs,

15      v.
                                        O R D E R
16  AMTRAK; NATIONAL RAILROAD
    PASSENGER CORPORATION;
17  NATIONAL RAILROAD PASSENGER
    CORPORATION dba AMTRAK, and
18  DOES 1 to 100,

19          Defendants.

20  _____/

21      A status conference in the above-captioned case is currently

22  scheduled for September 12, 2011. On March 14, 2011, this court

23  issued an order granting plaintiffs' former counsel's motion to

24  withdraw. The order required plaintiffs to notify the court, within

25  120 days, of the name of their new counsel, or whether they were

26  electing to proceed in pro se. Plaintiffs did not notify the court

1

1  within 120 days. On July 21, 2011, the court again ordered the
2  plaintiffs to notify the court of their new counsel or their
3  election to proceed in pro se. That order also ordered plaintiffs
4  to file a status report fourteen days prior to the status
5  conference scheduled on September 12, 2011. Plaintiffs were warned
6  that failure to file a status report may result in dismissal of the
7  case for lack of prosecution. That deadline has passed, and
8  plaintiffs have not filed a status report.

9      It appears from the docket that plaintiffs did not receive the
10 July 21, 2011 order because it was returned as undeliverable on
11 August 1, 2011, August 2, 2011, and August 8, 2011. Local Rule 183
12 requires a party appearing in pro se to keep the court and opposing
13 parties apprised as to his or her current address. "If mail
14 directed to a plaintiff in propria persona by the Clerk is returned
15 by the U.S. Postal Service, and if such plaintiff fails to notify
16 the Court and opposing parties within sixty-three (63) days
17 thereafter of a current address, the Court may dismiss the action
18 without prejudice for failure to prosecute." Eastern District Local
19 Rule 183.

20     Accordingly, the court ORDERS as follows:

21         [1] The status conference currently scheduled for
22         September 12, 2011 is CONTINUED to October 31, 2011 at
23         1:30.

24         [2] Plaintiffs are ORDERED to notify the court by
25         October 10, 2011 of a current address. Failure to notify
26         the court of a current address SHALL result in dismissal

1          of the action for failure to prosecute.

2     IT IS SO ORDERED.

3     DATED:  September 8, 2011.

4

5

6                              LAWRENCE K. KARLTON
7                              SENIOR JUDGE
                               UNITED STATES DISTRICT COURT
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3