```
                    UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


VINCENT TROY HAMMOCK; DAWN
HAMMOCK; and BRITTAIN
HAMMOCK, a Minor, by and
through REGINA LYNN
WALTERMIRE, her Guardian
Ad Litem,
                                      NO. CIV. S-10-2808 LKK/JFM
          Plaintiffs,

     v.
                                              O R D E R
AMTRAK; NATIONAL RAILROAD
PASSENGER CORPORATION;
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK, and
DOES 1 to 100,

          Defendants.
                                 /
```

A status conference in the above-captioned case is scheduled for October 31, 2011. On September 8, 2011, this court issued an order directing the plaintiffs to notify the court by October 10, 2011 of a current address. The court warned plaintiff that failure to do so would result in the case being dismissed for failure to prosecute pursuant to Eastern District Local Rule 183. Plaintiffs

1

have not notified the court of their new address. Accordingly, the court ORDERS as follows:

[1] This case is dismissed.

[2] The status conference currently scheduled for October 31, 2011 is VACATED.

IT IS SO ORDERED.

DATED:  October 27, 2011.

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```

2