UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT TROY HAMMOCK; DAWN HAMMOCK; and BRITTAIN HAMMOCK, a Minor, by and through REGINA LYNN WALTERMIRE, her Guardian Ad Litem,

        Plaintiffs,

    v.

AMTRAK; NATIONAL RAILROAD PASSENGER CORPORATION; NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, and DOES 1 to 100,

        Defendants.
_____/

NO. CIV. S-10-2808 LKK/JFM

O R D E R

A status conference in the above-captioned case is scheduled for October 31, 2011. On September 8, 2011, this court issued an order directing the plaintiffs to notify the court by October 10, 2011 of a current address. The court warned plaintiff that failure to do so would result in the case being dismissed for failure to prosecute pursuant to Eastern District Local Rule 183. Plaintiffs

1

have not notified the court of their new address. Accordingly, the court ORDERS as follows:

    [1] This case is dismissed.

    [2] The status conference currently scheduled for October 31, 2011 is VACATED.

    IT IS SO ORDERED.

    DATED: October 27, 2011.

```
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

2